■ (A) Thomas Dunn v. 20 East 53rd Street Luncheonette, Inc. (B) Alfred F. Muscolino v. Anton Keppel et al.— [In each action] Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 14, 1962, with notice of argument for the September 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ J. W. Johnson-Winco Corp. v. L S B Auction Products, Inc.— Motion for reargument denied. The court did not pass upon the question whether or not plaintiff is entitled to partial summary judgment for $1,028.28. Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ.

■ Mildred Goldstein v. New York Telephone Co.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before May 31, 1962, with notice of argument for June 12, 1962, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ Leo H. Garber v. Philip Mandelbaum et al. (Two Actions.) — Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before May 23, 1962, with notice of argument for the June 1962 Term of this court, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before June 6, 1962. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ Edna N. Ward v. Elvin I. Unterman.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 30, 1962, with notice of argument for September 11, 1962, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ Jacqueline Sager v. Jacob Sager.— Motion for an order directing payment of counsel fees denied. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ Shirley Fastenberg v. Essbee Estates Inc.— Motion to dispense with printing and for an enlargement of time denied, with leave to renew after a proper substitution of attorneys has been accomplished. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ Jane R. Price v. Lorin E. Price.— Motion for a stay denied. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ Jesus B. Rios v. Alfred L. Fernandez.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before August 14, 1962, with notice of argument for the September 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ West Bronx Auto Paint Shop, Inc. v. City of New York.— Motion for leave to appear and file a brief as amicus curiæ granted only insofar as to permit movant, Samuel B. Ohlbaum, on behalf of Industrial Sheet Metal Contractors Association of Greater New York, Inc., to file a brief as amicus curiæ on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.